UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X

TERRY KLEIN, derivatively on behalf
BLUEGREEN CORPORATION

    Plaintiff

        V.

CENTRAL FLORIDA INVESTMENTS, INC.,
DAVID A. SIEGEL REVOCABLE TRUST,
DAVID A SIEGEL and BLUEGREEN
CORPORATION,

Defendants.
———————————————————X

Case No.

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held.

                Plaintiff is unaware of any.

Date: 1-17-08

                                            Paul D. Wexler (PW9340)