IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TERRY KLEIN, derivatively on behalf of
BLUEGREEN CORPORATION,

    Plaintiff,

v.

CENTRAL FLORIDA INVESTMENTS, INC.,
DAVID A. SIEGEL REVOCABLE TRUST,
DAVID A. SIEGEL, and BLUEGREEN
CORPORATION,

    Defendants.

**APPEARANCE**

08 Civ 00527 (AKH)

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for plaintiff TERRY KLEIN.  I certify that I am admitted to practice in this court.


Dated: New York, New York
       January 25, 2008

        OSTRAGER CHONG FLAHERTY
         & BROITMAN P.C.


        By:_____s/_____
           Glenn F. Ostrager (GFO-2023)

        570 Lexington Avenue, 17th Floor
        New York, New York 10022-6894
        Tel. No. (212) 681-0600
        Tel. No. (212) 681-0300