IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRY KLEIN, derivatively on behalf of BLUEGREEN CORPORATION,<br><br>　　　Plaintiff,<br><br>v.<br><br>CENTRAL FLORIDA INVESTMENTS, INC., DAVID A. SIEGEL REVOCABLE TRUST, DAVID A. SIEGEL, and BLUEGREEN CORPORATION,<br><br>　　　Defendants. | **APPEARANCE**<br><br>08 Civ 00527 (AKH) |

To the Clerk of this Court and all parties of record:

　　　Enter my appearance as counsel in this case for plaintiff TERRY KLEIN.  I certify that I am admitted to practice in this court.


Dated:　New York, New York
　　　　January 25, 2008

　　　　　　　　　　　　　　　　　OSTRAGER CHONG FLAHERTY
　　　　　　　　　　　　　　　　　　& BROITMAN P.C.


　　　　　　　　　　　　　　　　　By:_____s/_____
　　　　　　　　　　　　　　　　　　　Roberto L. Gomez (RLG-6474)

　　　　　　　　　　　　　　　　　570 Lexington Avenue, 17th Floor
　　　　　　　　　　　　　　　　　New York, New York 10022-6894
　　　　　　　　　　　　　　　　　Tel. No. (212) 681-0600
　　　　　　　　　　　　　　　　　Tel. No. (212) 681-0300