UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRY KLEIN, derivatively on behalf of BLUEGREEN CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>CENTRAL FLORIDA INVESTMENTS, INC., DAVID A. SIEGEL REVOCABLE TRUST, DAVID A. SIEGEL, and BLUEGREEN CORPORATION,<br><br>        Defendants. | No. 1:08-CV-00527-AKH |

## DEFENDANT BLUEGREEN CORP.'S CORPORATE DISCLOSURE STATEMENT

Defendant Bluegreen Corp., by and through undersigned counsel and pursuant to Fed.R.Civ.P. 7.1, hereby states that Levitt Corp., a publicly traded entity, is the only corporation not party to the above-captioned litigation that may be construed to be the parent of Bluegreen Corp. in that Levitt Corp. owns more than 10% of Bluegreen Corp.'s issued and outstanding Common Stock. BFC Financial Corporation, a publicly traded entity, may be construed to be the parent of Levitt Corp. in that BFC Financial Corporation owns more than 10% Common Stock of Levitt Corp. BFC Financial Corporation may be deemed to be controlled directly or indirectly by John E. Abdo and Alan B. Levan, both of whom are directors of BFC Financial Corporation and Bluegreen Corp.

Respectfully Submitted,

_____
Jay B. Shapiro
Gordon M. Mead, Jr. (GM 5192)
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street
Suite 2500
Miami, Florida 33130
Phone: 305-789-3200
gmead@swmwas.com

*Counsel for Bluegreen Corp.*