Elliot Cohen (EC 9960)
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000

Attorneys for Defendants Central Florida
  Investments, Inc., David A. Siegel
  Revocable Trust and David A. Siegel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TERRY KLEIN, derivatively on behalf of :
BLUEGREEN CORPORATION,
                                                        :    Civil Action No. 08 cv 00527 (AKH)
              Plaintiff,
                                                        :    **MOTION TO**
              -against-                                      **ADMIT COUNSEL**
                                                        :    **PRO HAC VICE**

CENTRAL FLORIDA INVESTMENTS, INC.,
DAVID A. SIEGEL REVOCABLE TRUST,       :
DAVID A. SIEGEL, and BLUEGREEN
CORPORATION,                           :
              Defendants.
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Elliot Cohen, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

              Richard W. Epstein, Esq.
              Greenspoon Marder, PA
              100 West Cypress Creek Road, Suite 700
              Fort Lauderdale, Florida 33309
              Phone (954) 491-1120
              Fax (954) 771-9264

Richard W. Epstein is a member in good standing of the Bar of the State of Florida.

There are no pending disciplinary proceedings against Richard W. Epstein in any State or Federal court.

Dated: March 12, 2008
New York, New York

                                                Respectfully submitted,

                                                _____
                                                Elliot Cohen (EC 9960)
                                                Troutman Sanders, LLP
                                                405 Lexington Avenue
                                                New York, NY 10174
                                                Phone No.: (212) 704-6000
                                                Fax No.:   (212) 704-6288

# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**RICHARD WAYNE EPSTEIN**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **May 31, 1977,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this February 28, 2008.*

By: *Ashley Bonneau*
Deputy Clerk
Clerk of the Supreme Court of Florida.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

Robert M. Carmen, being duly sworn, hereby deposes and says as follows:

On March 13, 2008, I served the attached document by depositing a true copy thereof in a postpaid, properly addressed wrapper for delivery by First Class Mail, in the exclusive care and custody of the United States Postal Service within the State of New York, to the persons named below at the address indicated:

>Paul D. Wexler, Esq.
>Bragar Wexler & Eagel, P.C.
>Attorneys for Plaintiff
>885 Third Avenue
>New York, NY 10022
>
>Glenn F. Ostrager, Esq.
>Ostrager Chong Flaherty & Broitman, P.C.
>Attorneys for Plaintiff
>570 Lexington Avenue
>New York, NY 10022-6894

_____
Robert M. Carmen

Sworn to before me this 13th
day of March, 2008

_____
Notary Public

DAMIAN SMITH
Notary Public, State of New York
No. 01SM6169097
Qualified in New York County
Commission Expires June 18, 2011

Elliot Cohen (EC 9960)
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000

Attorneys for Defendants Central Florida
   Investments, Inc., David A. Siegel
   Revocable Trust and David A. Siegel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | |
|---|---|
| TERRY KLEIN, derivatively on behalf of BLUEGREEN CORPORATION,<br><br>                   Plaintiff,<br><br>            -against-<br><br>CENTRAL FLORIDA INVESTMENTS, INC., DAVID A. SIEGEL REVOCABLE TRUST, DAVID A. SIEGEL, and BLUEGREEN CORPORATION,<br>                  Defendants. | Civil Action No. 08 cv 00527 (AKH)<br><br>AFFIDAVIT OF<br>**ELLIOT COHEN**<br>IN SUPPORT OF<br>MOTION TO ADMIT<br>COUNSEL PRO HAC VICE |

------------------------------------x

STATE OF NEW YORK   )
                          : ss.:
COUNTY OF NEW YORK  )

      Elliot Cohen, being duly sworn, hereby deposes and says as follows:

      1.    I am a partner at Troutman Sanders LLP, counsel for Defendants Central Florida Investments, Inc., David A. Siegel Revocable Trust and David A. Siegel (collectively, the "Defendants") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Richard W. Epstein, Esq. as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1974. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Richard W. Epstein since February 21, 2008.

4. Mr. Epstein is a partner at Greenspoon Marder, P.A., in Fort Lauderdale, Florida.

5. I have found Mr. Epstein to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Richard W. Epstein, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Richard W. Epstein, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Richard W. Epstein, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated: March 12, 2008
New York, New York

Respectfully submitted,

_____
Elliot Cohen (EC 9960)

Sworn to before me this 12th
day of March, 2008

_____
Notary Public

JEANNETTE COLON
Notary Public, State of New York
No. 01CO6038069
Qualified in Queens County
Commission Expires March 20, 2010

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TERRY KLEIN, derivatively on behalf of : 
BLUEGREEN CORPORATION,
                                        :   Civil Action No. 08 cv 00527 (AKH)
            Plaintiff,
                                        :   **ORDER FOR ADMISSION**
     -against-                              **PRO HAC VICE**
                                        :   **ON WRITEN MOTION**
CENTRAL FLORIDA INVESTMENTS, INC.,
DAVID A. SIEGEL REVOCABLE TRUST,        :
DAVID A. SIEGEL, and BLUEGREEN
CORPORATION,                            :

            Defendants.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the motion of Elliot Cohen, attorney for Defendants Central Florida Investments, Inc., David A. Siegel Revocable Trust and David A. Siegel, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

> Richard W. Epstein
> Greenspoon Marder, PA
> 100 West Cypress Creek Road, Suite 700
> Fort Lauderdale, Florida 33309
> Telephone (954) 491-1120 / Fax (954) 771-9264
> Richard.Epstein@gmlaw.com

is admitted to practice pro hac vice as counsel for Defendants Central Florida Investments, Inc., David A. Siegel Revocable Trust and David A. Siegel in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: March 12, 2008
New York, New York

_____
United States District/Magistrate Judge

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF NEW YORK     )

Robert M. Carmen, being duly sworn, hereby deposes and says as follows:

On March 13, 2008, I served the attached document by depositing a true copy thereof in a postpaid, properly addressed wrapper for delivery by First Class Mail, in the exclusive care and custody of the United States Postal Service within the State of New York, to the persons named below at the address indicated:

> Paul D. Wexler, Esq.
> Bragar Wexler & Eagel, P.C.
> Attorneys for Plaintiff
> 885 Third Avenue
> New York, NY 10022
>
> Glenn F. Ostrager, Esq.
> Ostrager Chong Flaherty & Broitman, P.C.
> Attorneys for Plaintiff
> 570 Lexington Avenue
> New York, NY 10022-6894

_____
Robert M. Carmen

Sworn to before me this 13th
day of March, 2008

_____
Notary Public

DAMIAN SMITH
Notary Public, State of New York
No. 01SM6169097
Qualified in New York County
Commission Expires June 18, 2011