UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TERRY KLEIN, derivatively on behalf of  :
BLUEGREEN CORPORATION,

                                           :    Civil Action No. 08 cv 00527 (AKH)

               Plaintiff,

                                           :    **ORDER FOR ADMISSION**
       -against-                            **PRO HAC VICE**
                                           :    **ON WRITEN MOTION**

CENTRAL FLORIDA INVESTMENTS, INC.,
DAVID A. SIEGEL REVOCABLE TRUST,  :
DAVID A. SIEGEL, and BLUEGREEN
CORPORATION,                                :

               Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Upon the motion of Elliot Cohen, attorney for Defendants Central Florida Investments, Inc., David A. Siegel Revocable Trust and David A. Siegel, and said sponsor attorney's affidavit in support;

      **IT IS HEREBY ORDERED** that:

                       Richard W. Epstein
                       Greenspoon Marder, PA
                       100 West Cypress Creek Road, Suite 700
                       Fort Lauderdale, Florida 33309
                       Telephone (954) 491-1120 / Fax (954) 771-9264
                       Richard.Epstein@gmlaw.com

is admitted to practice pro hac vice as counsel for Defendants Central Florida Investments, Inc., David A. Siegel Revocable Trust and David A. Siegel in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: March 19, 2008
New York, New York

                                                  United States District/Magistrate Judge