Paul D. Wexler
BRAGAR, WEXLER & EAGEL, P.C.
885 Third Avenue, Suite 3040
New York, NY 10022
Phone: 212-308-5858

Attorney for Plaintiff

Richard W. Epstein
GREENSPOON MARDER, P.A.
100 West Cypress Creek Road, Suite 700
Fort Lauderdale, Florida 33309
Telephone: 954-491-1120

Attorneys for Defendants



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

TERRY KLEIN, derivatively on behalf of
BLUEGREEN CORPORATION,

        Plaintiff,

v.

CENTRAL FLORIDA INVESTMENTS, INC.,
DAVID A. SIEGEL REVOCABLE TRUST,
DAVID A. SIEGEL, and BLUEGREEN
CORPORATION,

        Defendants.

Civil Action No. 08 cv 00527 (AKH)

### STIPULATION FOR TRANSFER TO THE UNITED STATES DISTRICTCOURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

Pursuant to 28 U.S.C. §§ 1404(a) & (b), Plaintiff, TERRY KLEIN, derivatively on behalf of BLUEGREEN CORPORATION, and Defendants, CENTRAL FLORIDA INVESTMENTS, INC., DAVID A. SIEGEL REVOCABLE TRUST and DAVID A. SIEGEL[1], hereby stipulate

---

    1.    On February 14, 2008, Plaintiff, Terry Klein, and Defendant, Bluegreen Corporation, stipulated that Bluegreen, as a nominal party, need not file an answer or otherwise respond. Bluegreen does not oppose the transfer of this action.

and agree to transfer this action from the United States District Court for the Southern District of New York to the United States District Court for the Southern District of Florida.

|  | Respectfully submitted, |
|---|---|
| DATED: March 28, 2008 | DATED: March 28, 2008 |
| GREENSPOON, MARDER, P.A.<br>Attorneys for Defendants<br>100 West Cypress Creek Road, Suite 100<br>Fort Lauderdale, Florida 33309<br>Telephone: (954) 491-1120<br>Facsimile: (954) 343-6958 | BRAGAR, WEXLER & EAGEL, P.C.<br>Attorneys for Plaintiff<br>885 Third Avenue, Suite 3040<br>New York, NY 10022<br>Telephone: (212) 308-5858<br>Facsimile: (212) 486-0462 |
| By: /s/ Richard W. Epstein<br>Richard W. Epstein<br>Florida Bar No. 229091 | By: /s/ Paul D. Wexler<br>Paul D. Wexler<br>(PDW9340) |

## ORDER

THIS CAUSE having come before the Court upon the Stipulation for Transfer to the United States District Court for the Southern District of Florida of Plaintiff, TERRY KLEIN, and Defendants, CENTRAL FLORIDA INVESTMENTS, INC., DAVID A. SIEGEL REVOCABLE TRUST and DAVID A. SIEGEL, dated March 28, 2008, and the Court being fully advised in the premises, it is thereupon

ORDERED AND ADJUDGED that pursuant to 28 U.S.C. §§ 1404(a) & (b) this action be and the same is hereby transferred to the United States District Court for the Southern District of Florida.

Stipulation for Transfer and Order
Civil Action No. 08 cv 00527

DONE AND ORDERED in Chambers at New York, New York, this 31 day of March, 2008. *The conference of April 4, 2008 is cancelled.* AKH

Alvin K. Hellerstein
United States District Judge

Copies furnished to counsel of record

3